

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00056-CV
_____


IN THE MATTER OF THE MARRIAGE OF
DONALD M. HOLDER AND
ROSEMARY A. HOLDER


On Appeal from the County Court at Law
Cass County, Texas
Trial Court No. CCL-07-D-049



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Donald M. Holder, the sole appellant in this case, has filed a motion seeking to dismiss his appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. *See* TEX. R. APP. P. 42.1.

We dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     May 29, 2008
Date Decided:      May 30, 2008